CLOSED,DOF,IDA_INS,TRANSFER

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:23−cv−03927−SM−DPC

Historic St. Peter African Methodist Episcopal Church, Incorporated d/b/a St. Peter A.M.E. Church v. Atain Specialty Insurance Company
Assigned to: Judge Susie Morgan
Referred to: Magistrate Judge Donna Phillips Curralt
Cause: 28:1332 Diversity−Insurance Contract

Date Filed: 08/21/2023
Date Terminated: 05/15/2025
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Historic St. Peter African Methodist Episcopal Church**
*also known as*
St. Peter A.M.E. Church

represented by

**Michael Scott Barcus**
Barcus Arenas, PLLC
Barcus Arenas, PLLC
2200 North Loop West
Suite 108
Houston, TX 77018
800−941−1041
Fax: 888−441−4177
Email: michael@barcusarenas.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Arenas**
Barcus Arenas, PLLC
2200 North Loop West, Suite 108
Houston
Houston, TX 77018
832−373−9862
Fax: 888−441−4177
Email: aaron@barcusarenas.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atain Specialty Insurance Company**
*TERMINATED: 07/08/2026*

represented by

**Jennifer Rohrback Buckingham**
Galloway, Johnson, Tompkins, Burr & Smith (New Orleans)
One Shell Square
701 Poydras St. Suite 4040
40th Floor
New Orleans, LA 70139
504−525−6802

Fax: 504−525−2456
Email: jbuckingham@gallowaylawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Campbell B Fetzer , Jr**
Galloway, Johnson, Tompkins, Burr & Smith (Mandeville)
#3 Sanctuary Blvd.
Suite 301
Mandeville, LA 70471
985−674−6680
Email: bfetzer@gallowaylawfirm.com
*ATTORNEY TO BE NOTICED*

**Henry M. Weber**
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street
Ste 4040
New Orleans, LA 70139
504−525−6802
Fax: 504−525−2456
Email: hweber@gallowaylawfirm.com
*ATTORNEY TO BE NOTICED*

**James Anthony Prather**
Galloway, Johnson, Tompkins, Burr & Smith (Mandeville)
#3 Sanctuary Blvd.
Suite 301
Mandeville, LA 70471
985−674−6713
Email: jprather@gallowaylawfirm.com
*ATTORNEY TO BE NOTICED*

**Samuel Joseph Bua , II**
Irpino Avin & Hawkins Law Firm
2223 Magazine St.
New Orleans, LA 70130
504−525−1500
Email: sbua@irpinolaw.com
*TERMINATED: 10/22/2024*

**Interested Party**

**Hurricane Ida Program Administrator**
*TERMINATED: 07/02/2024*

represented by

**Francis Joseph Lobrano**
Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux
Energy Centre
1100 Poydras Street
Suite 3100
New Orleans, LA 70163
504−585−3800

Email: lobrano@carverdarden.com
*TERMINATED: 07/02/2024*
*LEAD ATTORNEY*

**Interested Party**

**Property Claim Relief, LLC** represented by **Eric J Derbes**
The Derbes Law Firm, LLC
3027 Ridgelake Dr.
Metairie, LA 70002
504−207−0912
Email: ederbes@derbeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Greta M Brouphy**
*Trustee*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2023 | 1 | COMPLAINT with jury demand against Atain Specialty Insurance Company (Filing fee $ 402 receipt number ALAEDC−10098437) filed by Historic St. Peter African Methodist Episcopal Church, Incorporated d/b/a St. Peter A.M.E. Church. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)Attorney Michael Scott Barcus added to party Historic St. Peter African Methodist Episcopal Church, Incorporated d/b/a St. Peter A.M.E. Church(pty:pla).(Barcus, Michael) (Entered: 08/22/2023) |
| 08/22/2023 | 2 | Initial Case Assignment to Judge Susie Morgan and Magistrate Judge Donna Phillips Currault. (mb) (Entered: 08/22/2023) |
| 08/25/2023 | 3 | Summons Issued as to Atain Specialty Insurance Company. (go) (Entered: 08/25/2023) |
| 08/25/2023 | 4 | HURRICANE IDA CLAIMS AMENDED CASE MANAGEMENT ORDER NO. 1 with Addendum. Signed by Chief Judge Nannette Jolivette Brown on 10/25/2022.(go) (Entered: 08/25/2023) |
| 09/06/2023 | 5 | SUMMONS Returned Executed; Atain Specialty Insurance Company served on 8/31/2023, answer due 9/21/2023. (Barcus, Michael) (Entered: 09/06/2023) |
| 09/19/2023 | 6 | HURRICANE IDA CLAIMS Second Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 09/12/2023.(lag) (Entered: 09/19/2023) |
| 09/21/2023 | 7 | ANSWER to 1 Complaint, with Jury Demand by Atain Specialty Insurance Company. (Attachments: # 1 Exhibit A − Policy)Attorney Jennifer Rohrback Buckingham added to party Atain Specialty Insurance Company(pty:dft).(Buckingham, Jennifer) (Entered: 09/21/2023) |
| 09/25/2023 | 8 | TEXT ORDER (No PDF Document Attached) Pursuant to F.R.C.P. 7.1, nongovernmental corporate parties must file a disclosure statement with their first appearance, pleading, petition, motion, response, or other request addressed to the court. IT IS ORDERED that any nongovernmental corporate parties in this matter file the required disclosure statement within seven (7) days of this order. Signed by Judge |

| | | |
|---|---|---|
| | | Susie Morgan.(bwn) (Entered: 09/25/2023) |
| 09/26/2023 | 9 | Statement of Corporate Disclosure by Historic St. Peter African Methodist Episcopal Church (Barcus, Michael) (Entered: 09/26/2023) |
| 09/28/2023 | 10 | HURRICANE IDA CLAIMS Third Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 09/14/2023.(lag) (Entered: 09/28/2023) |
| 10/02/2023 | 11 | Statement of Corporate Disclosure by Atain Specialty Insurance Company identifying Corporate Parent AJK Holdings, LLC, for Atain Specialty Insurance Company (Buckingham, Jennifer) Modified text on 10/3/2023 (cs). (Entered: 10/02/2023) |
| 10/02/2023 | 12 | FILED IN WRONG CASE−−− Statement of Corporate Disclosure by Atain Specialty Insurance Company identifying Corporate Parent AJK Holdings, LLC, Corporate Parent Atain Specialty Insurance Company for Atain Specialty Insurance Company (Buckingham, Jennifer) Modified text on 10/3/2023 (cs). (Entered: 10/02/2023) |
| 10/03/2023 | 13 | Correction of Docket Entry by Clerk re 12 Statement of Corporate Disclosure. Document filed in incorrect case. Document to be re−filed by attorney in correct case. (cs) (Entered: 10/03/2023) |
| 10/03/2023 | 14 | Statement of Corporate Disclosure by Atain Specialty Insurance Company identifying Corporate Parent AJK Holdings, LLC, Corporate Parent Atain Specialty Insurance Company for Atain Specialty Insurance Company (Buckingham, Jennifer) (Entered: 10/03/2023) |
| 10/06/2023 | 15 | Amended Exhibit A to Hurricane Ida Case Management Order. (lag) (Entered: 10/06/2023) |
| 12/13/2023 | 16 | EXPARTE MOTION *for Aaron J. Arenas* to Appear Pro Hac Vice (Filing fee $ 100 receipt number ALAEDC−10316861) by Historic St. Peter African Methodist Episcopal Church. (Attachments: # 1 Exhibit Supreme Court Certificate of Good Standing, # 2 Exhibit USDC TX Southern District Certificate of Service, # 3 Exhibit Electronic Filing Form, # 4 Proposed Order, # 5 Notice of Submission)(Barcus, Michael) Modified text on 12/14/2023 (pp). (Entered: 12/13/2023) |
| 12/14/2023 | 17 | Correction of Docket Entry by Clerk re 16 MOTION to Appear Pro Hac Vice *for Aaron J. Arenas* (Filing fee $ 100 receipt number ALAEDC−10316861). **1. Filing attorney incorrectly changed 'N' to 'Y' at the question 'Is this motion to be decided by the Magistrate Judge Y/N?'. This motion will be decided by the district judge. Clerk took corrective action. 2. Filing attorney should have selected 'Yes' at the question 'Is this an Exparte/Consent Motion Y/N?. Exparte/Consent motions are not set for submission. Clerk modified docket text to reflect Exparte and removed submission date.** (pp) (Entered: 12/14/2023) |
| 12/15/2023 | 18 | HURRICANE IDA CLAIMS Fourth Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 12/12/2023.(lag) (Entered: 12/15/2023) |
| 12/19/2023 | 19 | ORDER GRANTING 16 Motion to Appear Pro Hac Vice. IT IS ORDERED that Aaron J. Arenas be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff in the above−described action. Signed by Judge Susie Morgan on 12/18/2023. (Attachments: # 1 Pro Hac Notice) (pp) (Entered: 12/19/2023) |
| 02/07/2024 | 20 | EXPARTE/CONSENT MOTION to Enroll *James A. Prather and Samuel J. Bua, II* as Counsel of Record by Atain Specialty Insurance Company. (Attachments: # 1 Proposed Order)(Buckingham, Jennifer) Modified text on 2/8/2024 (pp). (Entered: |

| | | |
|---|---|---|
| | | 02/07/2024) |
| 02/14/2024 | 21 | ORDER GRANTING 20 Motion to Enroll as Additional Counsel of Record. IT IS ORDERED that attorney James A. Prather and Samuel J. Bua, II of the law firm of Galloway Johnson Tompkins Burr & Smith, APLC, be and is hereby enrolled as lead trial attorney and additional counsel of record with the law firm of Galloway Johnson Tompkins, Burr & Smith, as counsel for Defendant, Atain Specialty Insurance Company. Signed by Judge Susie Morgan on 2/14/2024. (pp) (Entered: 02/14/2024) |
| 06/18/2024 | 22 | MOTION to Lift Stay and Order Case Returned to the Active Docket by Atain Specialty Insurance Company. Motion(s) referred to Donna Phillips Currault. Motion(s) will be submitted on 7/10/2024. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Exhibit)(Bua, Samuel) (Entered: 06/18/2024) |
| 06/20/2024 | 23 | HURRICANE IDA CLAIMS − ORDER re Motions to Compel and Payment of Mediation Fees. Signed by Chief Judge Nannette Jolivette Brown on 06/17/2024.(lag) (Entered: 06/20/2024) |
| 07/02/2024 | 24 | ORDER NO. 19 CERTIFYING CASES TO BE RETURNED TO THE DOCKET: Pursuant to Sections 3.D and E of CMO No. 1. in this matter, the undersigned hereby certifies that the parties in the case listed below have complied with the requirements of the Streamlined Settlement Program and have not resolved their respective cases. Accordingly, the stay in this matter is hereby lifted and the Clerk is directed to return the case to the docket of the presiding District Judge so that it can be set for a scheduling conference. The Clerk is further directed to notify the case manager of each affected District Judge of this filing. Signed by Magistrate Judge Michael North on 7/1/2024.(lb)(NEF Sec E) (Entered: 07/02/2024) |
| 07/02/2024 | 25 | ORDER: A review of the record indicates that an Order lifting the stay and returning this matter to the docket has been issued (ECF No. 24 ). Accordingly, IT IS ORDERED that Defendant's 22 Motion to Lift Stay and Order Case Returned to the Active Docket is DENIED AS MOOT. Signed by Magistrate Judge Donna Phillips Currault on 7/2/2024. (alm) (Entered: 07/02/2024) |
| 07/03/2024 | 26 | PRELIMINARY CONFERENCE NOTICE − Scheduling Conference set for 8/8/2024 at 10:00 AM before case manager by telephone. Signed by Clerk.(bwn) (Entered: 07/03/2024) |
| 08/05/2024 | 27 | PRELIMINARY CONFERENCE NOTICE − The Scheduling Conference currently scheduled for August 8, 2024, at 10:00 a.m. is hereby RESCHEDULED. A PRELIMINARY CONFERENCE will be held BY TELEPHONE on WEDNESDAY, AUGUST 7, 2024 AT 11:15 A.M. Signed by Clerk.(bwn) (Entered: 08/05/2024) |
| 08/07/2024 | 28 | SCHEDULING ORDER: Status Conference set for 11/21/2024 at 11:00 AM before Judge Susie Morgan. Final Pretrial Conference set for 2/12/2025 at 10:00 AM before Judge Susie Morgan. 4 day Jury Trial set for 3/10/2025 at 9:00 AM before Judge Susie Morgan. All discovery must be completed by 12/24/2024. (Attachments: # 1 Pretrial Notice Form)(bwn) (Entered: 08/07/2024) |
| 09/27/2024 | 29 | EXPARTE MOTION *to Convert Status Conference to Telephone Conference* by Historic St. Peter African Methodist Episcopal Church, Incorporated d/b/a St. Peter A.M.E. Church, and Atain Specialty Insurance Company. (Attachments: # 1 Proposed Order)(Bua, Samuel) Modified filers/text on 9/30/2024 (pp). (Entered: 09/27/2024) |
| 09/30/2024 | 30 | |

| | | |
|---|---|---|
| | | Correction of Docket Entry by Clerk re 29 MOTION Convert Status Conference to Telephone Conference .**1.Filing attorney should have selected 'Yes' at the question 'Is this an Exparte/Consent Motion Y/N?'. Exparte/Consent Motions are not set for submission. Clerk modified docket text to reflect 'Exparte' and removed submission date. 2. Filing attorney incorrectly changed 'N' to 'Y' at the question 'Is this motion to be decided by the Magistrate Judge Y/N?'. This motion will be decided by the District Judge. Clerk took corrective action. No further action necessary.** (pp) (Entered: 09/30/2024) |
| 09/30/2024 | 31 | ORDER GRANTING 29 Motion to Convert Status Conference to Telephone Conference. Signed by Judge Susie Morgan on 9/30/2024. (pp) (Entered: 09/30/2024) |
| 10/21/2024 | 32 | EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney C, Bowman Fetzer to be substituted in place of Samuel J. Bua, II by Atain Specialty Insurance Company. (Attachments: # 1 Proposed Order)(Prather, James) (Entered: 10/21/2024) |
| 10/22/2024 | 33 | ORDER GRANTING 32 Motion to Substitute Attorney. IT IS FURTHER ORDERED that attorney C. Bowman Fetzer is SUBSTITUTED as counsel of record in place of Samuel J. Bua, II for Defendant, Atain Specialty Insurance Company. Signed by Judge Susie Morgan on 10/22/2024. (pp) (Entered: 10/22/2024) |
| 11/13/2024 | 34 | MOTION for Extension of Deadlines by Atain Specialty Insurance Company. Motion(s) will be submitted on 12/4/2024. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order, # 9 Notice of Submission)(Fetzer, Campbell) (Entered: 11/13/2024) |
| 11/13/2024 | 35 | Request/Statement of Oral Argument by Atain Specialty Insurance Company regarding 34 MOTION for Extension of Deadlines (Fetzer, Campbell) (Entered: 11/13/2024) |
| 11/18/2024 | 36 | NOTICE: Because R. Doc. 34 contains more than 50 pages, counsel shall deliver to chambers within 3 working days one hard copy of the submission in a binder as set forth in notice. Signed by Clerk.(bwn) (Entered: 11/18/2024) |
| 11/21/2024 | 37 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 11/21/2024. IT IS ORDERED that the 34 Motion for Extension of Deadlines is GRANTED.IT IS FURTHER ORDERED that the 28 Scheduling Order is VACATED. (pp) (Entered: 11/22/2024) |
| 01/08/2025 | 38 | SCHEDULING CONFERENCE NOTICE − Scheduling Conference set for 2/6/2025 at 10:30 AM before case manager by telephone. Signed by Clerk.(bwn) (Entered: 01/08/2025) |
| 01/13/2025 | 39 | HURRICANE IDA CLAIMS: ORDER Regarding Settlement of Former MMA Cases. Signed by Chief Judge Nannette Jolivette Brown on 12/19/2024.(lag) (Entered: 01/13/2025) |
| 02/06/2025 | 40 | SCHEDULING ORDER: Status Conference set for 4/17/2025 11:00 AM before Judge Susie Morgan. Final Pretrial Conference set for 7/10/2025 10:00 AM before Judge Susie Morgan. 4 day Jury Trial set for 8/4/2025 09:00 AM before Judge Susie Morgan. All discovery must be completed by 5/27/2025. (Attachments: # 1 Pretrial Notice Form)(bwn) (Entered: 02/06/2025) |
| 04/04/2025 | 41 | ORDER: IT IS ORDERED that a status conference is SET on Thursday, April 10, 2025 at 12:30 p.m. IT IS FURTHER ORDERED that the parties shall meet and confer |

| | | |
|---|---|---|
| | | to discuss these matters at least two days prior to the conference. Signed by Judge Susie Morgan on 4/4/2025.(pp) (Entered: 04/04/2025) |
| 04/10/2025 | 42 | Minute Entry for proceedings held before Judge Susie Morgan: Status Conference held on 4/10/2025. A status conference is SET for May 16, 2025, at 2:00 p.m. The status conference on April 17, 2025 is CANCELLED. (pp) (Entered: 04/10/2025) |
| 05/06/2025 | 43 | Witness and Exhibit List by Historic St. Peter African Methodist Episcopal Church. (Barcus, Michael) (Entered: 05/06/2025) |
| 05/06/2025 | 44 | Witness and Exhibit List by Atain Specialty Insurance Company. (Prather, James) (Entered: 05/06/2025) |
| 05/15/2025 | 45 | ORDER OF DISMISSAL. Signed by Judge Susie Morgan on 5/15/2025.(meb) (Entered: 05/16/2025) |
| 06/13/2025 | 46 | DEFICIENT: Request by Historic St. Peter African Methodist Episcopal Church for *Telephone Status Conference* (Attachments: # 1 Exhibit 1 − Email dated June 6, 2025)(Barcus, Michael) Modified on 6/16/2025 (meb). (Entered: 06/13/2025) |
| 06/17/2025 | 47 | EXPARTE/CONSENT MOTION for Status Conference by Historic St. Peter African Methodist Episcopal Church. (Attachments: # 1 Exhibit 1 − Email dated June 6, 2025, # 2 Proposed Order)(Barcus, Michael) (Entered: 06/17/2025) |
| 06/25/2025 | 48 | ORDER: IT IS ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that a telephone conference be set before the Court on Thursday, June 26, 2025, at 3:30 p.m. Signed by Judge Susie Morgan on 6/24/2025.(amj) (Entered: 06/25/2025) |
| 06/26/2025 | 49 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 6/26/2025. The parties and the Court discussed the status of the settlement. (pp) (Entered: 06/27/2025) |
| 10/10/2025 | 50 | EXPARTE/CONSENT Joint MOTION for Interpleader Deposit (28 U.S.C. Section 1335) by Historic St. Peter African Methodist Episcopal Church d/b/a St. Peter AME Church, and Atain Specialty Insurance Company. (Attachments: # 1 Proposed Order)(Fetzer, Campbell) Modified filers/text on 10/14/2025 (pp). (Entered: 10/10/2025) |
| 10/20/2025 | 51 | ORDER: IT IS ORDERED that an in−person status conference is hereby SET for Wednesday, October 29, 2025, at 1:30 p.m. Signed by Judge Susie Morgan on 10/20/2025.(pp) (Entered: 10/20/2025) |
| 10/29/2025 | 52 | Minute Entry for proceedings held before Judge Susie Morgan: Status Conference held on 10/29/2025. IT IS ORDERED that an in−person status conference is SET for November 17, 2025, at 2:00 p.m. (pp) (Entered: 10/29/2025) |
| 11/14/2025 | 53 | EXPARTE/CONSENT MOTION to Move Conference by Historic St. Peter African Methodist Episcopal Church. (Attachments: # 1 Proposed Order)(Arenas, Aaron) (Entered: 11/14/2025) |
| 11/17/2025 | 54 | ORDER GRANTING 53 MOTION to Move Conference. IT IS FURTHER ORDERED that the in−person status conference currently set for Monday, November 17, 2025, at 2:00 p.m. is RESET for Wednesday, December 10, 2025, at 11:00 a.m. Signed by Judge Susie Morgan on 11/17/2025.(pp) (Entered: 11/17/2025) |
| 12/10/2025 | 55 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Susie Morgan: Status Conference held on 12/10/2025. IT IS ORDERED that an in−person status conference is SET on January 7, 2026, at 11:00 a.m. (pp) (Entered: 12/10/2025) |
| 01/07/2026 | 56 | Minute Entry for proceedings held before Judge Susie Morgan: Status Conference held on 1/7/2026. Mr. Baumgarten will provide suggested revisions to the stipulation by the end of the day today. (pp) (Entered: 01/07/2026) |
| 01/30/2026 | 57 | ORDER: IT IS ORDERED that a telephone status conference is hereby SET for Tuesday, February 10, 2026, at 10:00 a.m. Signed by Judge Susie Morgan on 1/30/2026.(pp) (Entered: 01/30/2026) |
| 02/10/2026 | 58 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 2/10/2026. The Court and the parties discussed the status of the settlement. (pp) (Entered: 02/10/2026) |
| 03/04/2026 | 59 | ORDER: IT IS ORDERED that Greta Brouphy appear before the Court on March 11, 2026, at 3:00 p.m. Signed by Judge Susie Morgan on 3/4/2026.(pp)(cc:Greta Brouphy) (Entered: 03/04/2026) |
| 03/06/2026 | 60 | **STRICKEN** NOTICE of Appearance by Douglas Scott Draper on behalf of Greta M Brouphy. Attorney Douglas Scott Draper added to party Greta M Brouphy(pty:selreq).(Draper, Douglas) Modified on 3/9/2026 (pp). (Entered: 03/06/2026) |
| 03/09/2026 | 61 | Correction of Docket Entry by Clerk re 60 Notice of Appearance.** Document has been stricken. Notice of Appearance is not the proper form to request representation of a party.** (pp) (Entered: 03/09/2026) |
| 03/09/2026 | 62 | ORDER: IT IS ORDERED that the in−person hearing currently set for Wednesday, March 11, 2026, at 3:00 p.m., is CONVERTED to a telephone status conference. IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this Order on counsel for Ms. Brouphy, Douglas S. Draper, by mail and by email, as stated herein. Signed by Judge Susie Morgan on 3/9/2026.(pp)(cc: Douglas S. Draper) (Entered: 03/09/2026) |
| 03/11/2026 | 63 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 3/11/2026. The Court and the parties discussed the status of the case. (pp) (Entered: 03/11/2026) |
| 04/29/2026 | 64 | ORDER: IT IS ORDERED that an in−person status conference is hereby SET for Monday, May 18, 2026, at 2:00 p.m. Signed by Judge Susie Morgan on 4/29/2026.(pp) (Entered: 04/29/2026) |
| 05/18/2026 | 65 | ORDER: IT IS ORDERED that the in−person status conference scheduled for today, May 18, 2026, at 2:00 p.m., is hereby CONVERTED to a telephone conference. Signed by Judge Susie Morgan on 5/18/2026.(pp) (Entered: 05/18/2026) |
| 05/18/2026 | 66 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 5/18/2026. IT IS ORDERED that a telephone status conference in this action is SET for Monday, June 1, 2026, at 1:00 p.m. IT IS FURTHER ORDERED that the Clerk of Court serve a copy of this Minute Entry on counsel for Ms. Brouphy, Michael Landis, and on counsel for Property Claim Relief, LLC, Maurice Baumgarten and Eric Derbes, by mail and email at the addresses listed below. (pp)(cc: Michael E. Landis, Maurice J. Baumgarten, and Eric J. Derbes) (Entered: 05/18/2026) |

| | | |
|---|---|---|
| 06/01/2026 | 67 | Minute Entry for proceedings held before Judge Susie Morgan: Telephone Status Conference held on 6/1/2026. The Court and the parties discussed the status of the case. (pp) (Entered: 06/03/2026) |
| 06/08/2026 | 68 | **DEFICIENT** MOTION for Disbursement of Funds , MOTION to Dismiss Case by Historic St. Peter African Methodist Episcopal Church. Motion(s) will be submitted on 6/29/2026. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 − Sale and Assignment Agreement, # 3 Exhibit 2 − Memo in Opp to Motion to Compromise, # 4 Exhibit 3 − Conditional Assignment, # 5 Exhibit 4 − Roof Contract, # 6 Exhibit 5− Navarro Email, # 7 Exhibit 6 − PCR Stipulation, # 8 Exhibit 7 − Motion to Lift Stay, # 9 Exhibit 8 − Objection to Motion to Lift Stay, # 10 Exhibit 9 − Reply re Motion to Lift Stay, # 11 Exhibit 10 − Motion to Approve Settlement, # 12 Exhibit 11 − Objection to Motion to Approve Settlement, # 13 Proposed Order)(Barcus, Michael) Modified on 6/9/2026 (pp). (Entered: 06/08/2026) |
| 06/09/2026 | 69 | MOTION for Disbursement of Funds , MOTION to Dismiss Case by Historic St. Peter African Methodist Episcopal Church. Motion(s) will be submitted on 7/1/2026. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 − Sale and Assignment Agreement, # 3 Exhibit 2 − Memo in Opp to Motion to Compromise, # 4 Exhibit 3 − Conditional Assignment, # 5 Exhibit 4 − Roof Contract, # 6 Exhibit 5 − Navarro Email, # 7 Exhibit 6 − PCR Stipulation, # 8 Exhibit 7 − Motion to Lift Stay, # 9 Exhibit 8 − Objection to Motion to Lift Stay, # 10 Exhibit 9 − Reply re Motion to Lift Stay, # 11 Exhibit 10 − Motion to Approve Settlement, # 12 Exhibit 11 − Objection to Motion to Approve Settlement, # 13 Proposed Order, # 14 Notice of Submission)(Barcus, Michael) (Entered: 06/09/2026) |
| 06/24/2026 | 70 | RESPONSE/MEMORANDUM in Opposition filed by Property Claim Relief, LLC re 69 MOTION for Disbursement of Funds MOTION to Dismiss Case . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Garrity, Patrick) (Entered: 06/24/2026) |
| 06/24/2026 | 71 | ORDER: In−Person Status Conference set for 7/1/2026 11:00 AM before Judge Susie Morgan. Counsel for Plaintiff may appear by telephone. Signed by Judge Susie Morgan on 6/24/2026.(mmm) (Entered: 06/24/2026) |
| 06/24/2026 | 72 | ORDER: In person Status Conference set for 7/1/2026 11:00 AM before Judge Susie Morgan. All counsel are to attend as well as counsel for Structure Ace and Property Claim Relief and counsel for Bankruptcy Trustee, Greta M. Brouphy. Counsel for Plaintiff may appear by telephone. Signed by Judge Susie Morgan on 6/24/2026.(mmm) (Entered: 06/24/2026) |
| 06/29/2026 | 73 | REPLY to Response to Motion filed by Historic St. Peter African Methodist Episcopal Church re 69 MOTION for Disbursement of Funds MOTION to Dismiss Case . (Attachments: # 1 Exhibit Exhibit 12 − Insurance Policy)(Arenas, Aaron) (Entered: 06/29/2026) |
| 07/01/2026 | 74 | Minute Entry for proceedings held before Judge Susie Morgan: Status Conference held on 7/1/2026. The Court and the parties discussed the status of the case. (pp) (Entered: 07/01/2026) |
| 07/07/2026 | 75 | EXPARTE/CONSENT *Joint* MOTION to Dismiss *Atain Specialty Insurance Company, with Prejudice and refer matter to Bankruptcy Court* by Historic St. Peter African Methodist Episcopal Church, Incorporated, Atain Specialty Insurance Company,Greta Brouphy, and Property Claim Relief, LLC. (Attachments: # 1 Proposed Order Proposed Order)Attorney Eric J Derbes added to party Property Claim Relief, LLC(pty:ip).(Derbes, Eric) Modified filers/text on 7/8/2026 (pp). (Entered: |

| | | |
|---|---|---|
| | | 07/07/2026) |
| 07/08/2026 | 76 | ORDER GRANTING 75 Joint MOTION to Dismiss *Atain Specialty Insurance Company, with Prejudice and refer matter to Bankruptcy Court*. IT IS ORDERED that Atain Specialty Insurance Company is dismissed from this matter, with prejudice. IT IS FURTHER ORDERED that this matter is referred to the United States Bankruptcy Court for the Eastern District of Louisiana pursuant to General Order 2021−5 section (1)(A)(2). Signed by Judge Susie Morgan on 7/8/2026. (Attachments: # 1 Transmittal Letter)(pp) (Entered: 07/08/2026) |

HISTORIC ST. PETER AFRICAN METHODIST EPISCOPAL CHURCH, INCORPORATED D/B/A ST. PETER A.M.E. CHURCH v. ATAIN SPECIALTY INSURANCE COMPANY (2:23−cv−03927−SM−DPC)